# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| NEKYLE A. CHANEY, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 5:22-cv-239-LSC-GMB |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report (Doc. 23) on October 27, 2022, recommending that the petition for a writ of habeas corpus (Doc. 1) be dismissed without prejudice. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the petition for a writ of habeas corpus is due to be dismissed without prejudice.

A final judgment will be entered.

**DONE** and **ORDERED** on November 21, 2022.

_____
L. Scott Coogler
United States District Judge

160704